## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America, | Criminal No. 10-246 (1) (RHK/LIB) |
| Plaintiff, | **ORDER** |
| v. | |
| Omar Sharif Beasley, | |
| Defendant. | |

Defendant's pro se "Motion for Expedited Motion for Release from Solitary Confinement" is **DENIED**.

Dated:  October 3, 2011

                                                  s/Richard H. Kyle  
                                                  RICHARD H. KYLE  
                                                  United States District Judge